JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED BERNARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIGOBERTO RAMIREZ, an individual, dba LAKERS LIQUOR; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. CV 18-545-GW(AFMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed:　April 12, 2018<br>Trial Date:　　　None Set |

[PROPOSED] ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: June 15, 2018

_____
GEORGE H. WU, U.S. District Judge